# IN THE UNITED STATES DISTRICT COURT
## FOR THE ~~SOUTHERN~~ KENTUCKY DISTRICT OF ~~OHIO~~
### EASTERN

Eastern District of Kentucky
**FILED**
OCT 21 2008
AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

WAJAHAT NAZIR SYED

(Enter above the full name of the plaintiff in this action)

v.

NORTHERN KENTUCKY WATER

DISTRICT

(Enter the above full name of the defendant or defendants in this action)

Case No. 08-CV-197

DAVID L. BUNNING

COMPLAINT UNDER
42 U.S.C. 2000e-5(f)(1)

## I. Parties

(In item A below, place your name in the first blank and place your present address and telephone number (or telephone number where you can be reached) where indicated in the following blanks.)

A. Name of Plaintiff  WAJAHAT N. SYED

Address  1720 MILLBROOK LANE, LOVELAND, OH 45140

Telephone No.  513-697-0276, 513-324-9401 (CELL)

Under 42 U.S.C. 2000e-5(f)(1) suit may only be "brought against the respondent named in the charge" of unlawful employment practice you filed with the Ohio Civil Rights Commission and/or the Equal Employment Opportunity Commission. ATTACH A COPY OF THE CHARGE YOU FILED WITH THE OHIO CIVIL RIGHTS COMMISSION AND/OR THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION TO THIS COMPLAINT. In item B below list the name and address of the employer against whom you filed the charge. In item C below, list the name and address of any other person(s) you named in the charge you filed with the Ohio Civil Rights Commission and/or the Equal Employment Opportunities Commission.

B. Defendant  NORTHERN KENTUCKY WATER DISTRICT
(As named in the attached charge)
Address  2835 CRESCENT SPRINGS ROAD

ERLANGER, KY 41018-0640

C. Additional defendants (as named in the attached charge):

RON LOVAN, CEO

JACK BRAGG JR., VP OF FINANCE, BOB BUHRLAGE HR. MANAGER

RON BARROW, FORMER VP OF FINANCE (NOW SR. ACCOUNTANT),TRACY HEMAN

## II. The Court has jurisdiction under 42 U.S.C. §2000e-5(f)(1).

A. The date the notice of right to sue was issued by the Equal Employment Opportunity commission was  07/23/2008  .

B. The date you received the notice of right to sue was  08/26/2008  .

C. *ATTACH A COPY OF THE NOTICE OF RIGHT TO SUE TO THIS COMPLAINT.*

## III. Statement of Claim

The Equal Employment Opportunities Act provides, in part, that

    (a)     it shall be an unlawful employment practice for an employer --

        (1)     to fail or refuse to hire or to discharge any individual, or otherwise to discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's race, color, religion, sex, or national origin.

42 U.S.C. §2000e-2(a)(1). Other unlawful employment practices are set out in 42 U.S.C. §2000e-2(a) through (d).

State here as briefly as possible the *facts* of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.

I was hired (06/14/2005) as an Acting Controller for the Water District to replace Mr. Andy Remlinger,

who had resigned to avail another opportunity. I was never given the position of Controller in spite of

assurances given by Mr. Ron Lovan (CEO) and both Vice Presidents of Finance, current (Jack Bragg),

former (Ron Barrow). I tried to leave to seek other opportunities but was persuaded with promises and

assurances. On February 20, 2006, I was made an employee of Water District and assigned a title of

Sr. Accountant at Salary of $ 47,0000, about $25,000 less than Controller's salary. So I ended up doing

essentially the same functions as the Controller but at much lower remuneration. With time after I

helped and trained most of people in the accounting department, my treatment became worse and have been made to feel isolated, looked upon suspiciously, verbally threatened and abused. I have been called a Moslem Terrorist, Jack said he can be tough. My access is restricted to bank accounts and computer system resources, Derogatory remarks about black, Latino and other minorities are allowed in the presence of management. I have never made my religion relevant and asked for any special consideration but I am alleging that I am being denied supervisory position because of my ethnicity and religion. Today I became 62 years old, Ron Lovan (CEO) said in one meeting with me that he is "looking for a Young CPA, who can be groomed into the position of Vice President".

## IV. Relief

*(State briefly exactly what you want the Court to do for you. Make no arguments. Cite no cases or statutes.)*

Restore "Controller" or similar position that I was hired for, I am being told now, has been eliminated.

Provide compensation for the difference in Salary and benefits.

Remove my hostile and stressful environment. I have become Diabetic in last couple of years, I am sure my experience with the Water District has lot to do with it. How can I get compensation for that?

Punish Respondents who denied me justice, equality. Let me present my case to jury of Citizens.

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

10/21/2008
(Date)

_____
(Signature of Plaintiff)