EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 473-2007-01315 |

_____ and EEOC
State or local Agency, if any

Eastern District of Kentucky
FILED
OCT 30 2008
AT COVINGTON
LESLIE WHITMER
CLERK U S DISTRICT COURT

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Syed N. Wajahat | (513) 697-0276 | 10-21-1946 |

Street Address: 1720 Millbrook Lane, Loveland, OH 45140

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| NORTHERN KENTUCKY WATER DISTRICT | Unknown | (859) 578-9898 |

Street Address: 2835 Crescent Springs Rd., Erlanger, KY 41018

DISCRIMINATION BASED ON (Check appropriate box(es).)
☒ RACE ☒ COLOR ☐ SEX ☒ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☒ AGE ☐ DISABILITY ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 12-22-2006  Latest: 09-13-2007
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. I am a 60 year old Asian. My religion is Islam. During my employment I have been subjected to discrimination in assignments, wages, health benefits, promotions, and a hostile work environment.

II. When I complained to management nothing was done.

III. I believe I was subjected to the above because of my race, color, religion, age, and in retaliation for complaining in violation of Title VII of the Civil Rights Act of 1964, as amended and the Age Discrimination in Employment Act.

EEOC CINCINNATI AREA OFFICE
SEP 24 2007
RECEIVED

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 09/18/07
Charging Party Signature

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)