Leslie G. Whitmer
Clerk of US District Court
Covington, KY

Your Honor,           Wajahat N. Syed Vs Northern Ky Water District

**Case No.08-CV-197**

Please find attached copy of my charge filed with Equal Employment Opportunity Commission, to be attached to my complaint under 42 U.S.C 2000e-5(f)(1).

I would also like to submit further details to add to the facts of my case as soon as possible. Kindly excuse me, I have not been able to find an attorney to represent me as yet, I am not sure if the Court can assist me in this regard! Anyway, I am trying to be in a position to represent myself if necessary, I think I can plead my case but I am not so confident on the procedures and rules.

Justice and rights of individuasl are important to me so I must fight to preserve what others achieved at great personal sacrifice.

Very sincerely,
Wajahat N.Syed
1720 Millbrook Lane
Loveland, OH 45140