**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CASE NO. 2:08-CV-197-DLB**

| | | |
|---|---|---|
| WAJAHAT NAZIR SYED | : | JUDGE DAVID L. BUNNING |
| | : | |
| PLAINTIFF | : | JUDGE EDWARD B. ATKINS |
| -VS- | : | |
| | : | |
| NORTHERN KENTUCKY WATER DISTRICT | : | MEMORANDUM IN OPPOSITION TO SERVICE |
| | : | MOTION FOR SUMMARY JUDGMENT AND |
| DEFENDANTS | : | REQUEST FOR CONFERENCE |
| | : | |
| | : | **FILED ELECTRONICALLY** |

On April 14, 2009 Defendants filed their Motion for Summary Judgment. An associate filed the Motion and assumed that Plaintiff would receive electronic service from the Court. On April 29, 2009, the undersigned and Plaintiff conversed because the undersigned could not locate proof of electronic service. Plaintiff indicated that he had received the filing, that he had retrieved it shortly after it was filed, and that he had been working on his response.

Plaintiff did not ask for an extension, but the undersigned asked Plaintiff if he needed more time to respond. Plaintiff asked for up to and including Friday May 8, 2009. The undersigned agreed, without objection, and offered to file a stipulation to that effect. The stipulation was filed yesterday and granted today. The parties cooperatively addressed the issue. There was no "deliberate act of unknown motives" by the undersigned.

Unfortunately, today Plaintiff presented another filing with the Court. Moreover, this morning Plaintiff communicated directly with the undersigned's clients by copying them on an e-mail indicating that perhaps they should "get somebody else" as a lawyer. Defendants respectfully request a conference with the Court to address this issue and other issues related to Plaintiff's serial filings.

2

        Respectfully submitted,

        /s/ Robert D. Hudson
        Robert D. Hudson
        FROST BROWN TODD LLC
        7310 TURFWAY ROAD, SUITE 210
        Florence, Kentucky  41042
        Phone No.:  (859) 817-5905
        Fax No.:  (859) 283-5902
        rhudson@fbtlaw.com

## Certificate of Service

I hereby certify that on the 1st day of May, 2009, a copy of the foregoing was served upon Plaintiff electronically at wnsyed@msn.com.

        /s/ Robert D. Hudson
        Robert D. Hudson
        Counsel for Defendants

FIRMLibrary 0008168.0566797 17120v1