UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CASE NO : 2:08-CV-197-DLB

Eastern District of Kentucky
FILED
JUN 2 3 2009
AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

WAJAHAT NAZIR SYED

               :  Judge Bunning
                  Judge Atkins
  Plaintiff          :
  v.              :
                 :
  NORTHERN KENTUCKY   :  Motion to Reconsider Order and Motion
  WATER DISTRICT, et. al.     :  to Compel Defendants to Disclose/Produce
                 :  Documents
  Defendants        :

On April 10, 2009 I filed a motion to compel Defendants for disclosure (R.50). On June 08, 2009 the respectable Court issued an order denying (R.70) my motion.

The information requested is essential to my case at the trial; therefore, I am urging the Court to reconsider and grant my motion to disclose. I am including examples of information delayed, not responded, denied or excused, including negative answers to interrogatories filed after discovery so that I did not have a chance to follow up. The Defendants had no reason to wait until the end of Discovery to respond to interrogatories, other than to prevent me from asking for information not provided by Defendants, in response to interrogatories.

I answered my interrogatories on 31st March, but with honest answers and real documents.

A certificate of good faith attempt to get information from Defendants, is included with this motion.

Respectfully Submitted, 23nd Day of June, 2009.

*[signature]*
Wajahat Nazir Syed
1720 Millbrook Lane
Loveland. OH 45140
513-697-0276
513-324-9401 Cell

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23th day of June, 2009 a copy of the foregoing is being served on the Defendants Attorney Mr. Robert D. Hudson electronically at rhudson@fbtlaw.com. Parties may access this filing through the Court's system.

                                                  Wajahat N. Syed
                                                  Plaintiff, pro se