## Documents Disclosure

**From: Wajahat Syed** (wnsyed@msn.com)
Sent: Fri 6/19/09 8:54 PM
To:    rhudson@fbtlaw.com

Dear Mr. Hudson,

PLease confirm for record that Defendants will provide documents/data information asked by me in emails or interrogatories. As per your statements in objection to my motion for Disclosure.

I am especially looking for data on retirement number by age for last five years.

Any disciplinary notices or actions on employees over fifty.

Data on minority hiring or termination from 2000.

Answers to my second set of interrogatories not responded by you.

Answers to my email request for information. Employee contacts, hand writing and finger prints from Mr. Barrow. Accounting and Executive department budgets.

I am considering asking the Court for Reconsideration on Order (R.70) my motion ( R.50). Please advise at your earliest. Thank you,

Sincerely,

WAJ SYED

---

Lauren found her dream laptop. Find the PC that's right for you.

## Ron Barrow

**From:** **Wajahat Syed** (wnsyed@msn.com)
**Sent:** Tue 3/24/09 2:40 AM
**To:** rhudson@fbtlaw.com

Mr. Hudson,

I would like to get Ron Barrow's finger prints and hand writing sample. Can you arrange that at your earliest. Since he has claimed not to remember when and if he gave it to me. I would like to show it to an expert. Thank you,

WAJ SYED

---

Get quick access to your favorite MSN content with Internet Explorer 8. Download FREE now!

SYED V. N KY Water District  08-cv-197
Request for Information 12/26/2008
To,
Mr. Robert Hudson
Attorney to Defendants


1-Administrative structure of different Departments

2-Copy of recommendations from CPA firm or any other firm advising reduction of staff or positions

3- Copy of **hand written** notes by Mr. Bob Buhrlage of meetings following my complaint


*[signature]*
12/26/08

## FW: Your Request for Information

From: **Wajahat Syed** (wnsyed@msn.com)
Sent: Tue 3/10/09 1:05 AM
To: Waj Syed (wsyed@nkywater.org)

---

Subject: Your Request for Information
Date: Tue, 30 Dec 2008 18:31:16 -0500
From: RDH@GDM.com
To: wnsyed@msn.com
CC: RLovan@nkywater.org

In response to your request for information, please consider the following:

1. I am not sure what you mean by the "administrative structure of different departments." As you know, Mr. Bragg determines the structure of the Finance Department and you work in that department. I don't see any relevance whatsoever relative to the other departments.

2. There were no written recommendations from other CPA firms or any other firm about a reduction in staff or positions.

3. We have no handwritten notes from Mr. Buhrlage of the meetings following your complaint. Mr. Buhrlage promptly transcribed them and you have the typewritten versions.

We received your settlement demand and will respond in due course.

**Robert D. Hudson**
Member, Labor and Employment Practice Group
NKY/Greater Cincinnati Offices
Greenebaum Doll & McDonald PLLC
50 East RiverCenter Blvd., Suite 1800
P.O. Box 2673
Covington, Kentucky 41012-2673
Direct Dial - Covington: (859) 655-4212
Fax No.: (859) 655-4239
2800 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
Direct Dial - Cincinnati: (513) 455-7600
E-mail: rdh@gdm.com
Web: www.greenebaum.com

---

The following warning is required by the IRS whenever tax advice is given. If this email contains no direct or indirec tax advice, the warning is not applicable.
As a result of perceived abuses, the Treasury has recently promulgated Regulations for practice before the IRS.